of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED BY AFFIRMING APPELLANT'S CONVICTION OF SPECIFICATION 1 OF CHARGE IV WHERE THE FINDINGS OF THE COURT–MARTIAL FAILED TO REFLECT WHICH OF SEVERAL ALLEGED OFFENSES CONSTITUTED THE OFFENSE.

The decision of the United States Army Court of Criminal Appeals is reversed as to Specification 1 of Charge IV. The finding of guilty as to that specification is set aside, and the specification is dismissed. The remaining findings are affirmed. The record is returned to the Judge Advocate General of the Army for remand to the Court of Criminal Appeals. That court may reassess the sentence based on the affirmed findings.

No. 17–0183/AR. U.S. v. Alan S. Guardado. CCA 20140014. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER THE ARMY COURT INCORRECTLY FOUND THAT THE MILITARY JUDGE'S PANEL INSTRUCTIONS WERE HARMLESS ERROR IN LIGHT OF *UNITED STATES v. HILLS*.

II. WHETHER THE ARMY COURT INCORRECTLY RULED THAT AN OFFENSE DEFINED BY THE PRESIDENT CANNOT PREEMPT A GENERAL ARTICLE 134, UCMJ, OFFENSE, AND THAT PREEMPTION IS NOT JURISDICTIONAL IN SUCH CIRCUMSTANCES.

Briefs will be filed under Rule 25 on Issue I only.

No. 17–0139/AR. U.S. v. Justin M. Gurczynski. CCA 20160402. Appellee's motion to amend the reply brief is granted.

No. 17–0153/AR. U.S. v. Edward J. Mitchell II. CCA 20150776. On consideration of the motion filed by Electronic Frontier Foundation, American Civil Liberties Union, and ACLU of the District of Columbia to present oral argument, it is ordered that said motion is hereby denied.

No. 17–0227/MC. U.S. v. David Montalvo III. CCA 201400241. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to March 16, 2017.

No. 17–0262/AR. U.S. v. Charles Maston. CCA 20140537. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 21, 2017.